## Franklin Sugar R. Co. *v.* John et al., Appellants.

Argued March 30, 1922. Appeal, No. 86, Oct. T., 1922, by defendants, from order of C. P. Allegheny Co., Oct. T., 1921, No. 1585, making absolute rule for judgment for want of a sufficient affidavit of defense, in case of Franklin Sugar Refining Co. v. Simon John et al., trading as Simon John & Bros. Co. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON and SADLER, JJ. Reversed.

*Thos. F. Garrahan,* with him *J. A. Langfitt, Jr.,* and *J. A. Langfitt,* for appellants.

206   FRANKLIN SUGAR R. CO. *v.* JOHN, Appellant.

Arguments—Opinion of the Court.        [274 Pa.

*Henry S. Drinker, Jr.,* with him *Thomas Reath, Jr., David A. Reed* and *George Wharton Pepper,* for appellee.

PER CURIAM, May 8, 1922:

In this case the court below entered judgment for want of a sufficient affidavit of defense, in an action founded on certain sales memoranda of the same character as that quoted in our opinion in Franklin Sugar Refining Company v. Howell, filed herewith [reported above]. The questions raised and decided there are controlling here also, and hence the same judgment must be entered.

The judgment of the court below is reversed and a procedendo is awarded.